NOTE: This order is non precedential.

# United States Court of Appeals for the Federal Circuit

2010-1126
(Serial No. 10/925,693)

IN RE BRAD M. MONCLA, MATTHEW J. KALINOWSKI,
DAVE SPETH, CHARLES DIEHL, DALE SCHMIDTH,
KEVIN D. MAAK, and RONALD WEVERS

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

ON MOTION

O R D E R

The Director of the United States Patent and Trademark Office and Brad M. Moncla move jointly for a remand to the Patent and Trademark Office for further proceedings.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)     The motion is granted.

(2)     Each side shall bear its own costs.

FOR THE COURT

MAY 0 6 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:     Ray Ashburg, Esq.
        Raymond T. Chen, Esq.
s20

ISSUED AS A MANDATE:   MAY 0 6 2010 _____

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 0 6 2010

JAN HORBALY
CLERK